UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZONEPERFECT NUTRITION COMPANY<br><br>  Plaintiff,<br><br>v.<br><br>HERSHEY FOODS CORPORATION,<br>HERSHEY CHOCOLATE &<br>CONFECTIONERY CORPORATION, and<br>BARRY D. SEARS,<br><br>  Defendants. | CIVIL ACTION<br>NO. |

## CORPORATE DISCLOSURE OF ZONEPERFECT NUTRITION COMPANY

Pursuant to LR 7.3 of the United States District Court for the District of Massachusetts, plaintiff ZonePerfect Nutrition Company ("ZonePerfect") hereby states: (1) ZonePerfect is a wholly owned subsidiary of Abbott Laboratories; and (2) no other publicly held company owns 10% or more of ZonePerfect's stock.

Respectfully submitted,

ZONEPERFECT NUTRITION COMPANY

By its attorneys,

Daniel L. Goldberg, BBO #197380
Joshua M. Dalton, BBO #636402
Matthew L. Mitchell BBO #647902
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: April 15, 2004

LITDOCS:546669.1