UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Zoneperfect Nutrition Co.,**

    **Plaintiff**                                         **CA04-10760-REK**

    v.

**Hershey Foods Corp., et al.,**

    **Defendants**

## NOTICE

**PLEASE TAKE NOTICE that a hearing has been set on "Plaintiff's Emergency Motion For A Hearing On Short Order Of Notice" (filed April 15, 2004) before the Honorable Robert E. Keeton on Tuesday, April 27, 2004 at 12:00 p.m. in courtroom 3 on the 3rd floor.**

                                                              **Tony Anastas, Clerk of Courts**
                                                              /S/ Craig J. Nicewicz

**4/15/2004**
    **Date**                                                   **Craig Nicewicz, Deputy Clerk**
                                                                617-748-9158

Case 1:04-cv-10760-RGS    Document 7    Filed 04/15/2004    Page 2 of 2