AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────── DISTRICT OF ────────
Massachusetts

ZONEPERFECT NUTRITION COMPANY

V.

HERSHEY FOODS CORPORATION,
HERSHEY CHOCOLATE & CONFECTIONERY
CORPORATION and BARRY D. SEARS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10760 REK**

TO: (Name and address of defendant)

HERSHEY FOODS CORPORATION
CT CORPORATION
101 FEDERAL STREET
BOSTON, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Goldberg
Joshua M. Dalton
Matthew L. Mitchell
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  4-15-04