UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZONEPERFECT NUTRITION COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HERSHEY FOODS CORPORATION, HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, and BARRY D. SEARS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO: 04-10760 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter our appearance on behalf of the defendant Barry Sears in the above-captioned action.

BARRY D. SEARS

By his attorneys,

_/s/_____
Lisa B. Arrowood (BBO#022330)
Ian Crawford (BBO#544475)
David H. Rich (BBO#634275)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

DATED: April 23, 2004