UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
ZONEPERFECT NUTRITION           )
COMPANY,                        )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO: 04-10760 REK
v.                              )
                                )
HERSHEY FOODS CORPORATION,      )
HERSHEY CHOCOLATE &             )
CONFECTIONERY CORPORATION, and )
BARRY D. SEARS,                 )
                                )
    Defendants.                 )
_____)

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule

5.1(a)(1), please enter our appearance on behalf of the defendant Barry Sears in the

above-captioned action.

BARRY D. SEARS

By his attorneys,

Lisa B. Arrowood (BBO#022330)
Ian Crawford (BBO#544475)
David H. Rich (BBO#634275)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

DATED: April 23, 2004