UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZONEPERFECT NUTRITION COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>HERSHEY FOODS CORPORATION, HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, and BARRY D. SEARS,<br><br>　　　Defendants. | CIVIL ACTION NO: 04-10760 REK |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter our appearance on behalf of the defendant Barry Sears in the above-captioned action.

　　　　　　　　　　　　　　　　BARRY D. SEARS

　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Lisa B. Arrowood (BBO#022330)
　　　　　　　　　　　　　　　　Ian Crawford (BBO#544475)
　　　　　　　　　　　　　　　　David H. Rich (BBO#634275)
　　　　　　　　　　　　　　　　Todd & Weld LLP
　　　　　　　　　　　　　　　　28 State Street
　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　(617) 720-2626

DATED: April 23, 2004