AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

ZONEPERFECT NUTRITION COMPANY

V.

HERSHEY FOOD CORPORATION,
HERSHEY CHOCOLATE & CONFECTIONERY
CORPORATION and BARRY D. SEARS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10760 REK

TO: (Name and address of defendant)

HERSHEY CHOCOLATE & CONFECTIONERY COPORATION
CT CORPORATION
101 FEDERAL STREET
BOSTON, MA 02110

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Goldberg
Joshua M. Dalton
Matthew L. Mitchell
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

DATE   4-15-04

(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons, Complaint, Hearing Notice, Cover Letter to Court
Civil Action Cover Sheet, Civil Action Category Sheet, Report on the
Filing of Determination of an Action Regarding Trademarks, Corporate Disclosure
Form, Short Order of Notice, Motion for Expedited Case Management Order
And Memorandum in Support of Motion was made by me    DATE:    4/16/04
                                                               1:53 P.M.

NAME OF SERVER (Print):    BRANDON COPES    TITLE:    Private Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of the person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

✓ Other (specify): served HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION C/O THE CORPORATION TRUST COMPANY at 1209 ORANGE STREET, WILMINGTON, DE. Copies were Accepted by GREGORY BORGESE, PROCESS AGENT

## STATEMENT OF SERVICE FEES

TRAVEL:            SERVICES:            TOTAL:

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/04
            Date:                   *Brandon Copes*
                                    Signature of Serve BRANDON COPES
                                    Address of Server PO BOX 1360 WILM DE 19899