AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

ZONEPERFECT NUTRITION COMPANY

V.

HERSHEY FOODS CORPORATION,
HERSHEY CHOCOLATE & CONFECTIONERY
CORPORATION, and BARRY D. SEARS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10760 REK**

TO: (Name and address of defendant)

BARRY D. SEARS
~~21 TIOGA WAY~~ 42 Stanwood Rd.
~~MARBLEHEAD, MA 01945~~ Swampscott, MA 01907

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Goldberg
Joshua M. Dalton
Matthew L. Mitchell

BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 4-15-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/16/04 |
| NAME OF SERVER (PRINT)   Lindsay P. Parker | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left at defendant's last and usual place of abode at 42 Stanwood Rd., Swampscott, Massachusetts.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/16/04
             Date

Signature of Server

6 Beacon St., Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.