UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZONEPERFECT NUTRITION COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>HERSHEY FOODS CORPORATION, )<br>HERSHEY CHOCOLATE & )<br>CONFECTIONERY CORPORATION, and )<br>BARRY D. SEARS, )<br><br>Defendants. ) | CIVIL ACTION NO. 04-10760-REK |

## NOTICE OF APPEARANCE OF SENI M. ADIO

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance in the above-captioned matter as counsel of record for defendants Hershey Foods Corporation and Hershey Chocolate & Confectionery Corporation.

Respectfully submitted,

**HERSHEY FOODS CORPORATION and
HERSHEY CHOCOLATE &
CONFECTIONERY CORPORATION**

By their attorneys,

Seni M. Adio, BBO #566709
Matthew C. Hurley, BBO # 643638
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: April 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2004, I served a true copy of the above document by facsimile and mail on the following:

Daniel L. Goldberg, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Lisa G. Arrowood, Esq.
Todd & Weld LLP
28 State Street
31st Floor
Boston, MA 02109

_____
Matthew C. Hurley

LIT 1455710v1