UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZONEPERFECT NUTRITION COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  ) CIVIL ACTION NO. 04-10760-REK<br>HERSHEY FOODS CORPORATION,  )<br>HERSHEY CHOCOLATE &  )<br>CONFECTIONERY CORPORATION, and  )<br>BARRY D. SEARS,  )<br>  )<br>Defendants.  )<br>  ) | |

### NOTICE OF APPEARANCE OF MATTHEW C. HURLEY

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance in the above-captioned matter as counsel of record for defendants Hershey Foods Corporation and Hershey Chocolate & Confectionery Corporation.

Respectfully submitted,

**HERSHEY FOODS CORPORATION and
HERSHEY CHOCOLATE &
CONFECTIONERY CORPORATION**

By their attorneys,

*/s/ Matthew C. Hurley*
Seni M. Adio, BBO #566709
Matthew C. Hurley, BBO # 643638
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: April 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2004, I served a true copy of the above document by facsimile and mail on the following:

Daniel L. Goldberg, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Lisa G. Arrowood, Esq.
Todd & Weld LLP
28 State Street
31st Floor
Boston, MA 02109

_____
Matthew C. Hurley

LIT 1455708v1

2