Case 04-10760    Time 1 hour

Zone Perfect Nutrition Co.    Hershey Foods Corp et al
   Dalton Goldberg            Smart, Sevo
                              Arrowood
                              Crawford

) Keeton    Brown             Killian

Date 4/27/04                  CMC

Court states that proposed schedule is unrealistic. Plaintiff states that parties agree to amend proposed schedule. Amended proposal seeks hearing for preliminary injunction in mid-July.

Plaintiff summarizes case. Plaintiff files Proposed Scheduling Order. Preliminary injunction hearing proposed for 7/15/04. Plaintiff explains proposed schedule.

Mr. Smart explains defense position. Disputes exist as to timing of evidentiary submissions. Ms. Arrowood presents summary of Dr. Sears' position.

Plaintiff suggests 6/11 for paragraph G.

Court approves paras A-D. Court strikes para F. Parties are not to submit arguments by letter.

5/28: survey reports are due. 6/11: Expert reports. 6/28: rebuttal experts. depo. of expert witnesses, before 7/9. Status Conference Thurs 6/17 10am.
7/1: proposed findings and affidavits. 7/7: Notice re cross-exam.
7/15: P.I. hearing 10am. Court rules no 3rd party live witnesses at P.I. hearing.

✓ 6/17/04 10am    Status
✓ 7/15/04         preliminary injunction