# TESTA, HURWITZ & THIBEAULT, LLP
ATTORNEYS AT LAW

OFFICE (617) 248-7000  
Direct Dial (617) 248-7465

125 HIGH STREET  
BOSTON, MASSACHUSETTS 02110-2704

FAX (617) 248-7100  
E-Mail prickett@tht.com

## CONFIDENTIAL

July 6, 2000

**By Overnight Mail**

Christopher G. Karras, Esq.  
Dechert Price & Rhoads  
4000 Bell Atlantic Tower  
1717 Arch Street  
Philadelphia, PA 19103-2793

RE: <u>Eicotech Corporation/ZonePerfect Nutrition Company</u>

Dear Mr. Karras:

I have received no response from you, and am again requesting a response, to my May 22, 2000 letter (attached hereto as Exhibit A), which describes the following illegal conduct of Eicotech Corporation/ZonePerfect Nutrition Company (the "Company" or "Eicotech") and Christopher Baker: (1) the errors and omissions in Eicotech's April 24, 2000 Notice of Action by Less than Unanimous Written Consent of Stockholders and the evident intent to engage in illegal issuance of stock options; (2) the unlawful mislabeling of the Company's products; (3) the nonconformance of the Company's products with the Zone Diet principles developed by Dr. Barry Sears and unlawful use of his name and likeness relating thereto; (4) the fraudulent registration of trademarks in connection with Dr. Sears' books, which both you and Mr. Baker had previously and expressly assured us were being withdrawn; and (5) Christopher Baker's interested transactions with the Company. As you know, we are pursuing Dr. Sears' petitions for cancellation of the fraudulent trademarks.

Dr. Sears has also obtained an analysis of the fish oil and long-chain Omega-3 fatty acid eicosapentaenoic acid content of the bars sold by the Company. The following lot numbers of the Company's products contained no fish oil or any of the long-chain Omega-3 fatty acid eicosapentaenoic acid, both of which are expressly listed as ingredients on the labeling of the Company's products:

| Product | Lot # |
| --- | --- |
| Zone Perfect Honey Peanut | 2B0055 |
| ZonePerfect Chocolate Fudge | 2A0011 |
| ZonePerfect Almond Crunch | 2B0094 |
| ZonePerfect Strawberry Yogurt | 1A0094 |
| ZonePerfect Chocolate Raspberry Supreme | 1A0080 |
| ZonePerfect Apple Cinnamon Crunch | 1A0060 |

TESTA, HURWITZ & THIBEAULT, LLP

Christopher G. Karras, Esq.
July 6, 2000
Page 2

| ZonePerfect Strawberry Fruit Crunch | 1A0027 |
| Eicotech Honey Peanut | 2B9363 |

The Company's continuing and fraudulent use of Dr. Sears' name and likeness on these mislabeled bars not only violates the Stock Purchase Agreement between the parties and constitutes a tort, but also violates FDA and other state and federal regulations. The Company's failure to address these concerns and the other serious issues raised in my May 22 letter exemplifies the Company's continuing bad faith and callous disregard for its contractual, regulatory, and other legal obligations.

Your client is hereby again requested to rectify all of the matters described in this letter as soon as possible.

Very truly yours,

William L. Prickett

cc: Barry D. Sears, Ph.D. ✓
    Douglas Sears

1025298-1