# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

OFFICE (617) 248-7000

FAX (617) 248-7100

Direct Dial (617) 248-7510

E-Mail hurwitz@tht.com

August 20, 2002

Terence A. Dixon, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

RE: Zone Perfect

Dear Terry:

I write once again to alert you to continued use by Zone Perfect of Dr. Sears's name in connection with sales of nutrition bars, protein powder, and related advertising.

Specifically, Dr. Sears recently was made aware of the sales of Zone Perfect protein powder and continuing sales of Zone Perfect bars, both bearing his name. (See enclosed copies.) As I have indicated in the past, the continuing unauthorized use of Dr. Sears's name and misleading statements of association with products with which he is not associated is of great concern to our client. Most troubling of all is that some of these food items appear to have been manufactured in 2002, well beyond any date on which Zone Perfect was authorized to use Dr. Sears's name. Such use must stop immediately.

It also troubles me greatly that we have not received a response to our earlier letters dated May 10, 2002 and June 14, 2002 raising the same and similar issues. We need to hear from you immediately with clear assurances that your client's unlawful activities have stopped and that Zone Perfect has notified in writing all of its customers, vendors, and other sellers of its products that they no longer should sell, offer to sell, or advertise for sale any Zone Perfect products bearing Dr. Sears's name.

From everything we observe, Zone Perfect continues to reap substantial financial benefits from the unlawful use of Dr. Sears's name.

Sincerely,

Stephen A. Hurwitz

encls.

cc: Thomas E. Neely, Esq. (w/encls.)
    Barry D. Sears, Ph.D.

LAWSONJK\3100\3.2472899_1

Protein Powder

BARRY SEARS, Ph.D.

ZONE

Net weight 27 grams    1-800-233-3426

SAMPLE (3 Blocks)

- Not labeled for individual retail sales    Distributed by ZonePerfect Nutrition, Co.
www.zoneperfect.com



**STRAWBERRY YOGURT** Flavour/Saveur de YOGOURT DE FRAISE

ALL NATURAL/TOUT NATUREL
PATENTED NUTRITION BAR
BARRE NUTRITIONNELLE BREVETEE

with SOYA PROTEIN / PROTEINE DE SOYA

BARRY SEARS, Ph.D.

**ZONE PERFECT**

Nutritional Supplement Bar/Barre Supplément Nutritif

NET WEIGHT 50g (1.76 OZ)

Nutrition Information Nutritionnelle per 50g serving (1 bar) /par portion de 50g (1 barre): Energy/Energie 216 Cal/910 kJ; Protein/Protéines: 14g; Fat/Matières grasses: 7.1g; Polyunsaturates/Polyinsaturés 1.2g; Linoleic Acid/Acide Linoléique 0.9g; n-3 Linolenic Acid/Acide Linolénique n-3 0.2g; Monounsaturates/Monoinsaturés 1.4g; Saturates/Saturés 4g; Cholesterol/Cholestérol 0mg; Carbohydrates/Glucides 24g; Dietary Fibre/Fibres Alimentaires 1.0g; Vitamin A/Vitamine A 210 RE/ER; Vitamin D/Vitamine D 0.0005 mg; Vitamine E/Vitamine E 2.1mg; Vitamin C/Vitamine C 11mg; Thiamine (B1) 0.29 mg; Riboflavin (B2)/Riboflavine (B2) 0.38mg; Niacin/Niacine 6.3 NE/EN; Vitamin B6/Vitamine B6 0.38mg; Folic Acid/Acide Folique 0.063mg; Vitamin B12/Vitamine B12 0.0002mg; Pantothenic Acid/Acide Pantothénique 1.26mg; Biotin/Biotine 0.025mg; Calcium 210mg; Phosphorus/Phosphore 270mg; Magnesium/Magnésium 42 mg; Iron/Fer 2.1mg; Zinc 2.9 mg; Iodide/Iode 0.032mg; Sodium 320 mg; Potassium 360 mg; Copper/Cuivre 0.32mg; Manganese/Manganèse 0.85mg; Selenium/Sélénium 0.008mg; Chromium/Chrome 0.008mg; Molybdenum/Molybdène 0.017mg

Distributed by / Distribué par: ZonePerfect Nutrition Co., Beverly, MA 01915, USA / E.U.



DAIRY / PRODUIT LAITIER



**CHOCOLATE RASPBERRY** Flavour/Saveur de CHOCOLAT et FRAMBOISE

ALL NATURAL/TOUT NATUREL
PATENTED NUTRITION BAR
BARRE NUTRITIONNELLE BREVETEE

with SOYA PROTEIN / PROTEINE DE SOYA

BARRY SEARS, Ph.D.

**ZONE PERFECT**

Nutritional Supplement Bar/Barre Supplément Nutritif

NET WEIGHT 50g (1.76 OZ)

Nutrition Information Nutritionnelle per 50g serving (1 bar) /par portion de 50g (1 barre): Energy/Energie 216 Cal/910 kJ; Protein/Protéines: 14g; Fat/Matières grasses: 7.1g; Polyunsaturates/Polyinsaturés 1.5g; Linoleic Acid/Acide Linoléique 1.2g; n-3 Linolenic Acid/Acide Linolénique n-3 0.2g; Monounsaturates/Monoinsaturés 1.5g; Saturates/Saturés 3.5g; Cholesterol/Cholestérol 0mg; Carbohydrates/Glucides 24g; Dietary Fibre/Fibres Alimentaires 2.0g; Vitamin A/Vitamine A 210 RE/ER; Vitamin D/Vitamine D 0.0005 mg; Vitamine E/Vitamine E 2.1mg; Vitamin C/Vitamine C 11mg; Thiamine (B1) 0.29 mg; Riboflavin (B2)/Riboflavine (B2) 0.38mg; Niacin/Niacine 6.3 NE/EN; Vitamin B6/Vitamine B6 0.38mg; Folic Acid/Acide Folique 0.063mg; Vitamin B12/Vitamine B12 0.0002mg; Pantothenic Acid/Acide Pantothénique 1.26mg; Biotin/Biotine 0.025mg; Calcium 210mg; Magnesium/Magnésium 42 mg; Iron/Fer 2.1mg; Zinc 2.9 mg; Iodide/Iode; Copper/Cuivre 0.32mg; Manganese/Manganèse 0.85mg; Selenium



