UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZONEPERFECT NUTRITION COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERSHEY FOODS CORPORATION, )<br>HERSHEY CHOCOLATE & )<br>CONFECTIONERY CORPORATION, and )<br>BARRY D. SEARS, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10760-REK |

**PLAINTIFF'S ASSENTED TO MOTION
FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to Local Rule 7.1(B)(3), ZonePerfect Nutrition Company ("ZonePerfect") hereby moves for leave to file the accompanying Memorandum of Law in Support of its Motion for Preliminary Injunction which exceeds the twenty-page-limit set forth in the Local Rule by 17 pages.

As grounds for this Motion, ZonePerfect state as follows:

1. Defendants have assented to this moton.

2. ZonePerfect seeks preliminary injunctive relief against multipe defendants on several independent grounds – all of which implicate multi-factor considerations. The memorandum is lengthened to encompass and adequately address each ground for relief.

3. ZonePerfect has made every effort to deal as concisely as possible in presenting their arguments.

LITDOCS:550086.1

WHEREFORE, ZonePerfect respectfully requests that the Court grant it leave to file their Initial Memorandum of Law in Support of Preliminary Injunction, which is in excess of twenty (20) pages.

Respectfully submitted,

ZONEPERFECT NUTRITION COMPANY

By its attorneys,

Daniel L. Goldberg, BBO #197380
Charles L. Solomont, BBO # 557190
Joshua M. Dalton, BBO #636402
Matthew L. Mitchell, BBO #647902
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: May 10, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for each defendant via facsimile and by hand to Ms. Arrowood and Mr. Adio and by mail to Mr. Smart this 10th day of May, 2004.

Mathew L. Mitchell

LITDOCS:550086.1