UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x

ZONEPERFECT NUTRITION COMPANY,     :

                Plaintiff,     :

                v.     :

HERSHEY FOODS CORPORATION, HERSHEY  :
CHOCOLATE & CONFECTIONERY CORPORATION
and BARRY D. SEARS,     :

                Defendants.     :

CIVIL ACTION
NO. 04-10760 (REK)

------------------------------------- x

HERSHEY FOODS CORPORATION and HERSHEY  :
CHOCOLATE & CONFECTIONERY
CORPORATION,     :

           Counterclaim-Plaintiffs,  :

                v.     :

ZONEPERFECT NUTRITION COMPANY,     :

           Counterclaim-Defendant.  :

------------------------------------- x

## <u>HERSHEY'S INITIAL RULE 26 (a)(1) DISCLOSURES</u>

Defendants Hershey Foods Corporation and Hershey Chocolate & Confectionery

Corporation (together "Hershey"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil

Procedure, hereby submit the following listed initial disclosures in connection with the above

styled and numbered action:

1.    Rule 26(a)(1)(A) Disclosure

     To the best of Hershey's knowledge, the following witnesses may have discoverable

information which may be used to support Hershey's claims or defenses:

    a.    The following people are likely to have discoverable information regarding
    Hershey's decisions as to the selection, creation and adoption of the SMART
    ZONE mark, as well as Hershey's registration of the SMART ZONE mark, which
    Hershey may use to support its claims or defenses:

       i.    Sylvia Buxton, Marketing Manager, Snacks Division, Hershey Foods
           Corp.[1]
      ii.    Andrew England, Vice President and General Manager, Snacks Division,
           Hershey Foods Corp.
      iii.    Tom Hernquist, Chief Marketing Officer, Hershey Foods Corp.
      iv.    Rachel Reed, Associate Marketing Manager, Snacks Division, Hershey
           Foods Corp.
      v.    Lois Duquette, Senior Counsel, Hershey Foods Corp.
      vi.    Burton Snyder, Senior Vice President, General Counsel and Secretary,
           Hershey Foods Corp.
      vii.    Martha Saraduke, Counsel, Hershey Chocolate & Confectionery Corp.,
           4860 Robb Street, Suite 204, Wheat Ridge, Colorado 80033, (303) 463-
           6552.

    b.    The following people are likely to have discoverable information regarding the
    marketing of the SMART ZONE bar, which Hershey may use to support its
    claims or defenses:

       i.    Sylvia Buxton, Marketing Manager, Snacks Division, Hershey Foods
           Corp.
      ii.    Andrew England, Vice President and General Manager, Snacks Division,
           Hershey Foods Corp.
      iii.    Tom Hernquist, Chief Marketing Officer, Hershey Foods Corp.
      iv.    Rachel Reed, Associate Marketing Manager, Snacks Division, Hershey
           Foods Corp.

    c.    The following people are likely to have discoverable information regarding
    market research relating to the nutrition bar industry and/or the trademarks at
    issue in this case, which Hershey may use to support its claims or defenses:

---

    [1] All Hershey Foods Corporation employees are located at the Hershey offices in Hershey,
PA and can be reached at (717) 534-4200.

      i.     Andrew England, Vice President and General Manager, Snacks Division, Hershey Foods Corp.

      ii.    Robert Goodpaster, Vice President, Integrated Business Intelligence, Hershey Foods Corp.

      iii.   David Hoover, Staff Research Analyst, Production Planning & Deployment, Hershey Foods Corp.

d.    The following people are likely to have discoverable information regarding Hershey's potential acquisition of ZonePerfect Nutrition Co., which Hershey may use to support its claims or defenses:

      i.     Christopher Baker, C.P. Baker & Co., 120 Boylston Street, Suite 800, Boston, MA 02116.

      ii.    Jeff Edelman, Director of Corporate Development, Hershey Foods Corp.

      iii.   Dennis Eshleman, Vice President, Strategy and Innovation, Hershey Foods Corp.

      iv.   Richard Lenny, Chief Executive Officer, Hershey Foods Corp.

      v.    Lois Duquette, Senior Counsel, Hershey Foods Corp.

      vi.   Burton Snyder, Senior Vice President, General Counsel and Secretary, Hershey Foods Corp.

e.    The following people are likely to have discoverable information regarding the April 1, 2003 meeting at Radius Restaurant in Boston, MA, which Hershey may use to support its claims or defenses:

      i.     Christopher Baker, C.P. Baker & Co., 120 Boylston Street, Suite 800, Boston, MA 02116.

      ii.    Dennis Eshleman, Vice President, Strategy and Innovation, Hershey Foods Corp.

      iii.   George Jochum, Zone Labs, 222 Rosewood Drive, Suite 500, Danvers, MA 01923.

      iv.   Richard Lenny, Chief Executive Officer, Hershey Foods Corp.

      v.    Dr. Barry Sears, Zone Labs, 222 Rosewood Drive, Suite 500, Danvers, MA 01923.

      vi.   Douglas Sears, Zone Labs, 222 Rosewood Drive, Suite 500, Danvers, MA 01923.

f.    The following people are likely to have discoverable information regarding Hershey's negotiations with Dr. Sears, which Hershey may use to support its claims or defenses:

      i.     Andrew England, Vice President and General Manager, Snacks Division,

                    Hershey Foods Corp.

    ii.      Dennis Eshleman, Vice President, Strategy and Innovation, Hershey Foods Corp.

    iii.     Dr. Barry Sears, Zone Labs, 222 Rosewood Drive, Suite 500, Danvers, MA 01923.

g.    The following people are likely to have discoverable information regarding the nutritional content and composition of Hershey's SMART ZONE bar and/or plaintiff's ZONE PERFECT bar and the bars' compliance with the Zone Diet, which Hershey may use to support its claims or defenses:

    i.       Joan Apgar, Staff Scientist, Hershey Foods Corp.

    ii.      Daniel Azzara, Vice President, Research and Development, Hershey Foods Corp.

    iii.     Christopher Baker, C.P. Baker & Co., 120 Boylston Street, Suite 800, Boston, MA 02116.

    iv.     Julie Emsing, Associate Research Scientist, Food Science, Hershey Foods Corp.

    v.      Dr. Barry Sears, Zone Labs, 222 Rosewood Drive, Suite 500, Danvers, MA 01923.

h.    One or more individuals at the following companies, entities or organizations are likely to have discoverable information regarding the registration and/or use of any trademark or logo that includes, in whole or in part, the term ZONE with respect to food and/or nutritional products or services, which Hershey may use to support its claims or defenses:

    i.       Dr. Barry Sears

    ii.      Better Healthlab

    iii.     Aqueous Labs

    iv.     Bagel Zone

    v.      C&C Research & Development

    vi.     Zones

    vii.    Jasper Foods

    viii.   Candy Zone

    ix.     Lipton

    x.      Tech International

    xi.     Restaurant Zone

    xii.    Cone Zone

    xiii.   Worldwide Sport Nutritional Supplements

    xiv.   Jel Sert

    xv.    The Delivery Zone

    xvi.   Bob Evans

xvii.     Royal Source Inc.
xviii.    Earth Zone
xix.      Energy Zone
xx.       Dr. Kenneth Koenig
xxi.      Fitness Zone
xxii.     Sales Force Won
xxiii.    Concord Confections
xxiv.     Performance Zone Fitness and Nutrition
xxv.      Natures Sunshine Products
xxvi.     Morris National
xxvii.    Health Zone
xxviii.   Vitacost.com
xxix.     Omni Nutraceuticals
xxx.      Kandy Zone
xxxi.     Life Zone
xxxii.    Low Zone
xxxiii.   Dynamic Essentials
xxxiv.    Muscle Zone USA
xxxv.     Mark Bounds
xxxvi.    Kiwitech
xxxvii.         Nature's Zone
xxxviii.        Danny O'Shea
xxxix.    Heide Odette
xl.       Nutrition Zone
xli.      Weider Nutrition
xlii.     MTM Enterprises
xliii.    Jera's Juice
xliv.     Matrix Health Products
xlv.      Pretzel Zone
xlvi.     Nutribiotic
xlvii.    Pepsico
xlviii.   Met-RX Substrate Technology
xlix.     S&D Coffee
l.        Snack Zone
li.       Interstate Brands
lii.      Linda Wie
liii.     Jasper Foods
liv.      Oralabs
lv.       D P Dough
lvi.      Supplement Zone
lvii.     Desert Delights
lviii.    Sweet Zone
lix.      The Donut Zone

5

lx.      Boston Brownie
lxi.     The Freeze Zone
lxii.    The Delivery Zone
lxiii.   J&J Snack Foods
lxiv.    Nature's Sunshine Products
lxv.     Otis Spunkmeyer
lxvi.    S.P. INTERNATIONAL
lxvii.   Eunjoo Oh
lxviii.  D P Dough
lxix.    R&A Imports
lxx.     Jolt
lxxi.    Platinum Fitness
lxxii.   Pure Distributors
lxxiii.  MJ Holdings
lxxiv.   Nestle
lxxv.    InterACTIVE Nutrition International Inc.


2.     Rule 26(a)(1)(B) Disclosure

Following is a description by category of documents, data compilations and tangible things that are in the possession, custody or control of Hershey and that Hershey may use to support its claims or defenses. All documents are located at Hershey Foods Corporation, 100 Crystal A Drive, Hershey, PA 17036, unless otherwise indicated:

a.     Documents relating to the selection and adoption of the SMART ZONE mark.

b.     Trademark searches relating to marks that include the term ZONE.

c.     Representative samples of marketing materials bearing the SMART ZONE mark.

d.     Market research materials regarding the market for nutritional bars and the trademarks at issue in this case.

e.     Trademark file for the SMART ZONE trademark application.

f.     Documents regarding the potential marketing and advertising plans of the SMART ZONE mark.

g.     Documents relating to the development of the SMART ZONE bar.

h.     U.S. Patent & Trademark Office file for the ZONE PERFECT mark.

6

    i.      Documents relating to the potential acquisition of ZonePerfect.

    j.      Documents relating to Hershey's negotiations with Dr. Sears culminating in the agreement between Hershey and Dr. Sears.

    k.      Documents relating to third party uses of the term ZONE.

3.      <u>Rule 26(a)(1)(C) Disclosure</u>

Hershey has not yet made any computation of damages or attorneys' fees it has incurred or will incur as a result of this action and Hershey's counterclaims, but reserves its right to seek attorneys' fees under 15 U.S.C. § 1117, M.G.L. c. 93A or any other applicable statute.

4.      <u>Rule 26(a)(1)(D) Disclosure</u>

Hershey possesses a Self Insured Excess Liability Policy issued by the Travelers Property Casualty Company of America. Hershey has placed that entity on notice of this action. The insurance policy is available for inspection and copying upon request.

Hershey reserves the right to supplement these disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

Dated: May 10, 2004

                    MINTZ, LEVIN, COHN, FERRIS,
                      GLOVSKY AND POPEO, P.C.

                    Seni M. Adio, BBO #566709
                    Matthew Hurley, BBO #643638
                    One Financial Center
                    Boston, MA 02111
                    (617) 542-6000
                    (617) 542-2241 (fax)

KAYE SCHOLER LLP

*Thomas A. Smart/SMA*

Thomas A. Smart
Richard A. De Sevo
425 Park Avenue
New York, NY 10022
(212) 836-8000
(212) 836-7154 (fax)

*Attorneys for Defendants and Counterclaim-*
*Plaintiffs Hershey Foods Corporation*
*and Hershey Chocolate & Confectionery*
*Corp.*

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each party by mail/hand on:
May 10, 2004

8