UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZONEPERFECT NUTRITION COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HERSHEY FOODS CORPORATION, HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, DR. BARRY D. SEARS, AND ZONE LABS, INC.,<br><br>    Defendants.<br><br>DR. BARRY D. SEARS and ZONE LABS, INC.,<br><br>    Plaintiffs-in-Counterclaim,<br><br>v.<br><br>ZONEPERFECT NUTRITION COMPANY<br>    Defendant-in-Counterclaim and<br>    Third-Party Defendant | CIVIL ACTION NO: 04-10760 REK |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in color in paper form only:

    Exhibits B, C, F, and G to Defendant Dr. Barry D. Sears' Initial Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction

The original documents are maintained in the case file in the Clerk's Office.

> BARRY D. SEARS
> And ZONE LABS, INC.
>
> By their attorneys,
>
> _____
> Lisa G. Arrowood (BBO#022330)
> Ian Crawford (BBO#544475)
> Edward Foye (BBO#562375)
> Todd & Weld LLP
> 28 State Street
> Boston, MA 02109
> (617) 720-2626

DATED: May 24, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on May 24, 2004

2