UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZONEPERFECT NUTRITION COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HERSHEY FOODS CORPORATION, HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, and DR. BARRY D. SEARS,<br><br>    Defendants.<br><br>DR. BARRY D. SEARS,<br><br>    Plaintiff-in-Counterclaim,<br><br>and<br><br>ZONE LABS, INC.,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>ZONEPERFECT NUTRION COMPANY<br>    Defendant-in-Counterclaim and<br>    Third-Party Defendant | CIVIL ACTION NO: 04-10760 REK |

## ZONE LABS, INC.'S CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for defendant Zone Labs, Inc., hereby furnish the following information in compliance with Rule 7.3(a) of the Local Rules for the District of Massachusetts. As presently structured, Zone Labs, Inc. has no parent corporation(s) or any publicly held company that owns 10% or more of Zone Labs, Inc.

ZONE LABS, INC.

By his attorneys,

_____
Lisa G. Arrowood (BBO#022330)
Ian Crawford (BBO#544475)
David H. Rich (BBO#634275)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: May 25, 2004

## CERTIFICATE OF SERVICE

I, David H. Rich, hereby certify that I have this 25th day of May, 2004, served the foregoing by delivering them by electronic mail to all counsel of record.

_____
David H. Rich