UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------- x

ZONEPERFECT NUTRITION COMPANY,                :

                                                                                                                             CIVIL ACTION
        Plaintiff and Counterclaim-Defendant,    :    NO.: 04-10760 (REK)

                          v.                                 :

HERSHEY FOODS CORPORATION, HERSHEY            :
CHOCOLATE & CONFECTIONERY
CORPORATION, BARRY D. SEARS and ZONE          :
LABS, INC.
                                                                                                                   :

        Defendants and Counterclaim-Plaintiffs.

---------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT OF HERSHEY FOODS CORPORATION
AND HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendants Hershey Foods Corporation and Hershey Chocolate & Confectionery Corporation hereby state: (1) no publicly-held company owns 10% or more of Hershey Foods Corporation's stock; (2) Hershey Chocolate & Confectionery Corporation is a wholly-owned subsidiary of Hershey Foods Corporation; and (3) no other publicly-held company owns 10% or more of Hershey Chocolate & Confectionery Corporation's stock.

Respectfully submitted,

**HERSHEY FOODS CORPORATION and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,**

By their attorneys,

*/s/ Matthew C. Hurley*

Seni M. Adio, BBO #566709
Matthew C. Hurley, BBO # 643638
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Richard A. De Sevo, Esq.
Thomas A. Smart, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Dated: May 27, 2004