# TESTA, HURWITZ & THIBEAULT, LLP

### ATTORNEYS AT LAW

OFFICE (617) 248-7000

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

FAX (617) 248-7100

E-Mail hurwitz@tht.com

Direct Dial (617) 248-7510

February 25, 2002

**BY HAND**

Thomas E. Neely, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

    RE:    <u>Zone Perfect Nutrition Bars and Zone Perfect Web Site</u>

Dear Tim:

    I want to bring to your attention two matters of which I recently became aware.

    First, I have learned that Zone Perfect bars, bearing Barry Sears' name, still are being offered for sale by retailers. As a few examples, I enclose a copy of a February 2002 CVS circular, showing pictures of a bar with Barry Sears' name on it, which apparently is being offered for sale at CVS, as well as copies of a bar wrapper and point-of-purchase display acquired from a store in Canada in February 2002. Under the Agreement among the parties, all use of Barry Sears' name (as well as other "Publicity Rights" under the Agreement) was required to have ceased a number of months ago. The foregoing constitutes a breach of the Agreement.

    Second, I wanted to bring to your attention a matter regarding Zone Perfect's unauthorized use on the <zoneperfect.com> web site of some of Barry Sears' copyrighted works. Specifically, in connection with Dr. Robert Johnston's "Inside the Zone: Features" column, we have observed the following unauthorized copying and uses of Barry Sears' intellectual property:

    (1) Dozens of examples of rote copying of text from "The Anti-Aging Zone," including, but not limited to, the following:

- From the "What About Anti-Aging Zone Supplements" article:

    > "Although the relative outputs of thyroid and cortisol are best determined by a 24-hour urine collection, in the final analysis how you feel will determine the amounts and ratio of thyroid and cortisol (if required). Again, it comes back to listening to your body, recording the information, and finding a knowledgeable physician to work with you to fine-tune your hormonal supplementation program."

- From "The Anti-Aging Zone" text, pp. 271-72:

TESTA, HURWITZ & THIBEAULT, LLP

Thomas E. Neely, Esq.
February 25, 2002
Page 2

"Although the relative outputs of thyroid and cortisol are best determined by a 24-hour urine collection (to average out the different outputs of cortisol caused by circadian rhythms), in the final analysis how you feel will determine the amounts and ratio of thyroid and cortisol (if required). Again, it comes back to listening to your body, recording the information, and finding a knowledgeable physician to work with you to fine-tune your hormonal supplementation program."

(2) Dozens of examples of slight changes and/or paraphrasing of text from "The Anti-Aging Zone," including, but not limited to, the following:

- From the "Hormones Available Over-The-Counter" article:

    "How much should you take? Although it appears very safe, in England, Canada, and France melatonin requires a physician's prescription. If you are not working with a physician to monitor your blood levels, Dr. Sears suggests, 'Plan to take no more than 1 mg of sustained release melatonin right at bedtime.'"

- From "The Anti-Aging Zone" text, p. 274:

    "The next question is how much to take. Melatonin appears to be very safe, even though it is banned from over-the-counter sale in England, Canada, and France – and you need a physician's prescription to obtain it. If you are not working with a physician to monitor your blood levels, plan to take no more than 1 mg of sustained release melatonin right at bedtime."

(3) Reprinting of charts, graphs, pictures, and other expressive elements from "The Anti-Aging Zone," including the following:

- Unauthorized reprinting of the "AntiAging Pyramid" picture from "The Anti-Aging Zone"

- Unauthorized reprinting of and revisions to the "Ranking of Nutritional Supplements" from "The Anti-Aging Zone"

As you can appreciate, we are deeply concerned and troubled by such unauthorized use of Barry Sears' intellectual property and the breaches of the Agreement that they represent.

Please let me know of your client's response.

Sincerely,

Stephen A. Hurwitz

Enclosures
cc: Barry D. Sears, Ph.D. (w/encls.)
    Douglas K. Sears    (w/encls.)

2283288_1



CVS 2002






```
            GENERAL NUTRITION CENTRES
                    GNC 4019
                 2660 YONGE ST
               TORONTO, ON  M4P2J5
         416-480-9381 02/17/02 S04019 R002

00848997      DP-ZONE HONEY           2.99N


NUMBER OF ITEMS                       1.000
SUB TOTAL                              2.99
GST TAX                                 .00
TOTAL                                  2.99
AMOUNT TENDERED
CASH                                   5.00


CHANGE                                 2.01

          *** DISCOUNT SUMMARY ***
TOTAL REGULAR PRICE                    2.99


                  WE HAVE A
               HEALTHY ATTITUDE
                    AT GNC
         #J5113 60 03:30 PM S04019 R002
         02/17/02

          GOLD CARD SAVINGS 20% DAILY!!!!
```