UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZONEPERFECT NUTRITION COMPANY        )
                                     )
                  Plaintiff,         )
                                     )
            v.                       )        CIVIL ACTION
                                     )        NO. 04-10760-REK
                                     )
HERSHEY FOODS CORPORATION,           )
HERSHEY CHOCOLATE &                  )
CONFECTIONERY CORPORATION,           )
BARRY D. SEARS and ZONE LABS, INC.,  )
                                     )
                  Defendants.        )
                                     )

## ASSENTED TO MOTION FOR LEAVE TO EXTEND TIME TO ANSWER DEFENDANTS' COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. Rule 6(b), plaintiff ZonePerfect Nutrition Company ("ZonePerfect") hereby moves to extend the time to file its Answers to Defendants' counterclaims from Tuesday, June 1, 2004 to **Monday, June 7, 2004**.  As grounds therefore, ZonePerfect states as follows:

1.    The Defendants have assented to the above motion; and

2.    There will be no prejudice to any other party from the granting of this extension.

**WHEREFORE**, ZonePerfect moves the Court for leave to file its Answers to Defendants Counterclaims on Monday, June 7, 2004.

LITDOCS:554046.1

-2-

Respectfully submitted,

**ZONEPERFECT NUTRITION COMPANY**

By its attorneys,

_Matthew T. Mitchell_
Daniel L. Goldberg, BBO #197380
Charles L. Solomont, BBO # 557190
Joshua M. Dalton, BBO #636402
Matthew L. Mitchell, BBO #647902
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  June 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for each defendant via facsimile and by hand to Ms. Arrowood and Mr. Adio and by mail to Mr. Smart this 1st day of June, 2004.

_Mathew T. Mitchell_
Mathew L. Mitchell

LITDOCS:554046.1