## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:     Civil      04-10760-REK

Title:   Zoneperfect Nutrition Co., v. Hershey Foods Corp., et al.

### N O T I C E

Please take notice that the above-entitled case previously assigned to Judge Robert E. Keeton has been transferred to Judge Richard G. Stearns for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials  RGS. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By:     /s/ Craig J. Nicewicz
        Deputy Clerk

Date:  6/17/2004

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street,  Worcester, MA 01608-2076.

Copies to:    Counsel,  Systems Administrator

**(transfer.ntc - 10/96)** [ntccsasgn.]