UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ZONEPERFECT NUTRITION CO.**

      **V.**                    **CIVIL ACTION NO. 04-10760-RGS**

**HERSHEY FOODS CORP., ET AL**

# NOTICE OF CONFERENCE

**STEARNS, DJ.**                    **JUNE 18, 2004**

A "STATUS/SCHEDULING CONFERENCE" IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

## THURSDAY, JULY 1, 2004 AT 10:00 A.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                      RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

      **BY:**

                                              /s/ Mary H. Johnson
                                                Deputy Clerk