# SEALED DOCUMENT

Case 1:04-cv-10760-RGS    Document 93    Filed 07/06/2004    Page 1 of 1