UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZONEPERFECT NUTRITION COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HERSHEY FOODS CORPORATION, ) <br> HERSHEY CHOCOLATE & ) <br> CONFECTIONERY CORPORATION, ) <br> BARRY D. SEARS, and ZONE LABS, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 04-10760-RGS |

## NOTICE OF APPEARANCE

The undersigned, Sabin Willett, hereby gives notice of his appearance as counsel to the plaintiff ZonePerfect Nutrition Company.

Respectfully submitted,

_____
Sabin Willett, BBO #542549
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: August 16, 2004

LITDOCS:563926.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by fax or electronic mail on August 16, 2004.

_____
Sabin Willett