UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZONEPERFECT NUTRITION COMPANY,  : CIVIL ACTION NO. 04-10760
    Plaintiff and Counterclaim-Defendant,  (RGS)
:
v.
:
HERSHEY FOODS CORPORATION, HERSHEY
CHOCOLATE & CONFECTIONERY  :
CORPORATION, BARRY D. SEARS and ZONE
LABS, INC.,  :
Defendants and Counterclaim-Plaintiffs.
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE
AS BETWEEN PLAINTIFF AND THE HERSHEY DEFENDANTS**

Plaintiff-Counterclaim-Defendant ZonePerfect Nutrition Company and

Defendants-Counterclaim-Plaintiffs Hershey Foods Corporation and Hershey Chocolate

& Confectionery Corporation, by their undersigned counsel, hereby stipulate that the

within action and counterclaims between them, including the Complaint as against

Hershey Foods Corporation and Hershey Chocolate & Confectionery Corporation, and all

Counterclaims asserted by Hershey Foods Corporation and Hershey Chocolate &

Confectionery Corporation against ZonePerfect Nutrition Company, be, and hereby are,

dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated:   September 12, 2005

1

| | |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | Bingham McCutchen, LLP |
| /s/ Matthew C. Hurley<br>William Cowan, BBO#566940<br>Matthew C. Hurley, BBO#643638<br>One Financial Center<br>Boston, MA  02111<br>(617) 542-6000<br>(617) 542-2241 (fax) | /s/ Joshua M. Dalton<br>Daniel L. Goldberg (BBO#197380)<br>Charles L. Solomont (BBO#557190)<br>Joshua M. Dalton (BBO#636402)<br>Matthew Mitchell (BBO#647902)<br>150 Federal Street<br>Boston, MA  02110<br>(617) 951-8000 |
| *Counsel for Defendants-Counterclaim-Plaintiffs Hershey Foods Corporation and Hershey Chocolate & Confectionery Corporation* | *Counsel for Plaintiff-Counterclaim-Defendant ZonePerfect Nutrition Company* |

LIT 1540775v.1