UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ZONEPERFECT NUTRITION CO.**

       V.                                   **CIVIL ACTION NO. 04-10760-RGS**

**HERSHEY FOODS CORP., BARRY SEARS,
ET AL**

## O R D E R

**STEARNS, DJ.**                                          **OCTOBER 28, 2005**

COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO RETRIEVE THEIR "SEALED DOCUMENTS" AND EXHIBITS THAT ARE CURRENTLY BEING STORED AT THE COURTHOUSE, IN THE JUDGE'S CONFERENCE ROOM. , AS THERE IS NO ADEQUATE ROOM FOR STORAGE OF THESE PLEADINGS AND EXHIBITS, AND FURTHER, THE CASE IS NOW CLOSED.

THEREFORE, COUNSEL WILL HAVE UNTIL <u>FRIDAY, NOVEMBER 4, 2005 TO RETRIEVE SAID DOCUMENTS AND EXHIBITS, OR THEY WILL BE DISCARDED.</u>

SO ORDERED.

                                                            **RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE**

                      **BY:**

                                          **/s/ Mary H. Johnson
   Deputy Clerk**